IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RICKEY AND BERNITA CARVAN, DEBTORS                CASE NO. 22-11918

---

### RESPONSE TO MECHANICS BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY FROM DEBTOR'S ESTATE

COMES NOW, the DEBTORS, by and through counsel of record, and files this their RESPONSE to Mechanics Bank's Motion for Relief from the Automatic Stay and for Abandonment of Property from Debtor's Estate and answers by like numbered paragraphs as follows:

1.      Admitted.

2.      Debtors are without sufficient information to either admit or deny this paragraph at this time, therefore same is denied.

3.      Admitted.

4.      Denied.

5.      Denied.

6.      Denied.

Debtor denies the unnumbered paragraphs beginning "WHEREFORE."

Debtor further denies any allegations that are not expressly admitted above.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Court deny the Mechanics Bank's Motion for Relief from Automatic Stay and for Abandonment of Property from Debtor's Estate.  Debtor further prays for any further or different relief to which they may be entitled in the premises.

RESPECTFULLY SUBMITTED this the 26th day of August, 2022.

/s/ A.E. (Rusty) Harlow, Jr.
Harlow Law Firm
A.E. (Rusty) Harlow, Jr.
Kathi Chrestman Wilson

Of Counsel:
A.E. (Rusty) Harlow, Jr., 3089
Kathi Chrestman Wilson, 102339
Harlow Law Firm
850 Lakeview Drive
Grenada, MS 38901
662-226-7215
Fax: 662-226-2932

## CERTIFICATE OF SERVICE

I, A. E. (Rusty) Harlow, Jr., attorney for debtor, do hereby certify that I have this day

served a copy of the foregoing Response via ECF notification service on Locke D.

Barkley,lbarkley13@ecf.eqipsystems.com , and the U.S. Trustee at

USTPRegion05.AB.ECF@usdoj.gov ,and Rosamond H. Posey, Attorney for Mechanics Bank at

rposey@mitchellmcnutt.com.

This the 26th day August, 2022.

/s/ A.E. (Rusty) Harlow, Jr.
A.E. (Rusty) Harlow, Jr.